

# Fourth Court of Appeals
## San Antonio, Texas

December 23, 2020

No. 04-20-00570-CV

**IN RE Joe Anthony ESPINOZA**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:        Rebeca C. Martinez, Justice
                    Irene Rios, Justice
                    Beth Watkins, Justice

On November 25, 2020, relator filed a petition for writ of mandamus and a motion for temporary relief pending final resolution of the petition for writ of mandamus. This court believes a serious question concerning the mandamus relief sought requires further consideration. *See* TEX. R. APP. P. 52.8(b). The respondent and the real party in interest may file a response to the petition in this court **no later than January 6, 2021.** Any such response must conform to Texas Rule of Appellate Procedure 52.4.

Relator's request for temporary relief is GRANTED. The county court's September 13, 2019 "Order Appointing Amicus Attorney" and November 27, 2019 "Court's Order Adopting Amicus Recommendation for Temporary Visitation" are STAYED pending final resolution of the petition for writ of mandamus. All further proceedings in the underlying case are STAYED pending final resolution of the petition for writ of mandamus.

It is so **ORDERED** on December 23, 2020.

PER CURIAM

ATTESTED TO: _____
Michael A. Cruz,
Clerk of Court

---

[1] This proceeding arises out of Cause No. 1915C, styled *In the Interest of J.A.E., a child*, pending in the County Court at Law, Kerr County, Texas, the Honorable Susan Harris presiding.